## STATE v. LEVERETT

No. 137P85.

Case below: 73 N.C. App. 180.

Petition by defendant for writ of supersedeas and temporary stay allowed 11 March 1985.

## STATE v. McCORD & CAMPBELL

No. 77P85.

Case below: 72 N.C. App. 223.

Petition by defendant (Campbell) for writ of certiorari to the North Carolina Court of Appeals denied 27 February 1985.

## STATE v. McLAMB

No. 660PA84.

Case below: 71 N.C. App. 220.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 27 February 1985.

## STATE v. MAJORS

No. 126A85.

Case below: 73 N.C. App. 26.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 15 March 1985.

## STATE v. NEWKIRK

No. 119P85.

Case below: 73 N.C. App. 83.

Petition by defendant for writ of supersedeas and temporary stay allowed 8 March 1985.